DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

FILLSHAPE S.r.L.; and IMA S.p.A.
*Plaintiff(s)*

v.

INDAG GmbH & Co. Betriebs KG; and WILD PARMA S.r.L.
*Defendant(s)*

Civil Action No. 16-CV-1216 (ADC)

Declaratory Judgment

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

INDAG GmbH & Co. Betriebs KG

Rudolf-Wild-Straße 107–115, 69124 Eppelheim / Heidelberg, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro J. Cepeda-Díaz and Isabel Torres-Sastre

McConnell Valdés LLC, PO Box 364225, San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

S/ ANTONIO RODRIGUEZ
Deputy Clerk

Date: 02/08/2016

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| **FILLSHAPE S.r.L.; and IMA S.p.A.** | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-CV-1216 (ADC) |
| | ) |
| | ) Declaratory Judgment |
| INDAG GmbH & Co. Betriebs KG; and WILD PARMA S.r.L. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WILD PARMA S.r.L.

Via VIII Marzo 85, Collechio 43044 Italy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alejandro J. Cepeda-Díaz and Isabel Torres-Sastre

McConnell Valdés LLC, PO Box 364225, San Juan, Puerto Rico 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 02/08/2016          **ANTONIO RODRIGUEZ**
                          **Deputy Clerk**
                          *Signature of Clerk or Deputy Clerk*