## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FILLSHAPE, S.R.L., et al.,**<br>    Plaintiff(s)<br><br>    v.<br><br>**INDAG GMBH & CO. BETRIENS KG, et al.,**<br>    Defendant(s) | Civil No. 16-1216 (ADC) |
| **INDAG GMBH & CO, BETRIENS KG, et al.,**<br>    Plaintiff(s)<br><br>    v.<br><br>**IMA S.P.A. and FILLSHAPE S.R.L.,**<br>    Defendant(s) | Civil No. 16-1216 (ADC) |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on January 31, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 31st day of January, 2018.

                                            FRANCES RIOS DE MORAN<br>
                                            Clerk of the Court

                                            By: <u>S/Sarah V. Ramón</u><br>
                                                Sarah V. Ramón, Deputy Clerk